

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00325-CV

**CESAR ORNELES LAW, PLLC** and Cesar Ornelas, II,
Appellants

v.

Rachel Rodriguez **MEDINA**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15819
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the parties' joint motion to dismiss is GRANTED, and this appeal and cross appeal are DISMISSED. Costs of the appeal and cross appeal are taxed against the party who incurred them.

SIGNED September 16, 2020.

_____
Rebeca C. Martinez, Justice